IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN R. SKARIN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3227 |
| | ) | |
| v. | ) | |
| | ) | AMENDED PROGRESSION |
| ZURICH AMERICAN INSURANCE COMPANY, | ) | SCHEDULE |
| | ) | |
| Defendant. | ) | |

  IT IS ORDERED that the Unopposed Motion for Extension of the Progression Order Deadlines (Filing No. 25) is granted. The amended progression order is as follows:

  a. A jury trial is set to commence on March 14, 2011. No more than five days are allocated to the trial of this case and counsel shall plan accordingly. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

  b. The pretrial conference will be held before the undersigned magistrate judge on February 24, 2011 at 10:00 a.m. One-half hour is allocated to this conference. Counsel shall email a draft pretrial conference order to zwart@ned.uscourts.gov, in either MS Word or WordPerfect format, by 5:00 p.m. on February 23, 2011, and the draft order shall conform to the requirements of the local rules.

  c. The discovery and deposition deadline is September 30, 2010. Motions to compel discovery must be filed at least 15 days prior to the discovery and deposition deadline.

  d. The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on *Daubert* and related grounds is November 1, 2010.

DATED this 21st day of June, 2010.

                BY THE COURT:
                s/ *Cheryl R. Zwart*
                United States Magistrate Judge